Kevin T. Bennett, Esq.  (IN #34506-49)
  (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN, 46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kbennett@schuckitlaw.com

*Lead Counsel for Defendant Trans Union LLC
(improperly identified as Transunion Corp.)*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion Corp.)*
(Designated for Service)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID LONGO and HEATHER LONGO, <br>              Plaintiffs, <br><br> vs. <br><br> OCWEN USVI SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION CORP.; and DOES 1-10 INCLUSIVE; <br>              Defendants. | CASE NO. 2:20-cv-02057-KJM-CKD <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs David Longo and Heather Longo ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-CV-02057-KJM-CKD**

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | Date:  April 13, 2021 | */s/ Todd M. Friedman (with consent)* |
| 4 |  | Todd M. Friedman, Esq. |
|   |  | Adrian R. Bacon, Esq. |
|   |  | Law Offices of Todd M. Friedman, P.C. |

Date:  April 13, 2021        /s/ Todd M. Friedman (with consent)
                             Todd M. Friedman, Esq.
                             Adrian R. Bacon, Esq.
                             Law Offices of Todd M. Friedman, P.C.
                             21550 Oxnard Street, Suite 780
                             Woodland Hills, CA  91367
                             Telephone: (323) 306-4234
                             Fax: (866) 633-0228
                             E-Mail: tfriedman@toddflaw.com
                                     abacon@toddflaw.com

                             *Counsel for Plaintiffs David Longo and Heather Longo*


Date:  April 13, 2021        /s/ Kevin T. Bennett
                             Kevin T. Bennett, Esq.  (IN #34506-49)
                                (admitted Pro Hac Vice)
                             Schuckit & Associates, P.C.
                             4545 Northwestern Drive
                             Zionsville, IN, 46077
                             Telephone:  317-363-2400
                             Fax:  317-363-2257
                             E-Mail:  kbennett@schuckitlaw.com

                             *Lead Counsel for Defendant Trans Union LLC (improperly identified as Transunion Corp.)*


                             Eileen T. Booth, Esq. (CSB #182974)
                             Jacobsen & McElroy PC
                             2401 American River Drive, Suite 100
                             Sacramento, CA, 95825
                             Telephone:  916-971-4100
                             Fax:  916-971-4150
                             E-Mail:  ebooth@jacobsenmcelroy.com

                             *Local Counsel for Defendant Trans Union, LLC (improperly identified as Transunion Corp.)*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:20-CV-02057-KJM-CKD**

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs David Longo and Heather Longo against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs David Longo and Heather Longo and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

DATED: April 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE